NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ALCESIA SRL,**
*Appellant,*

**v.**

**INTERNATIONAL TRADE COMMISSION,**
*Appellee,*

*and*

**PHILIP MORRIS USA, INC.,**
*Intervenor.*

---

2010-1156

---

Appeal from the United States International Trade Commission in Investigation No. 337-TA-643.

---

**JUDGMENT**

---

WILLIAM ZEITLER, Law Offices of William Zeitler, of McLean, Virginia, argued for the appellant.

DANIEL E. VALENCIA, Office of the General Counsel, United States International Trade Commission, of Washington, DC,

argued for the appellee. With him on the brief were JAMES M. LYONS, General Counsel, and ANDREA C. CASSON, Assistant General Counsel for Litigation.

KENNETH L. CHERNOF, Arnold & Porter, LLP, of Washington, DC, argued for the intervenor. With him on the brief was CARL S. NADLER.

———————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (NEWMAN, MAYER, and BRYSON, *Circuit Judges*).

## AFFIRMED. *See* Fed. Cir. R. 36.

ENTERED BY ORDER OF THE COURT

| January 24, 2011 | _____/s/ Jan Horbaly_____ |
|------------------|-----------------------------------|
| Date | Jan Horbaly |
| | Clerk |